# United States District Court
## for the
### Western District of New York

| | |
|---|---|
| United States of America | |
| v. | Case No. 26-mj-5000 |
| **MANUEL DE JESUS JANDRES MARTINEZ** | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of December 31, 2025, in the County of Erie, in the Western District of New York, the defendant did forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer of the United States while engaged in or on account of the performance of official duties, in violation of Title 18, United States Code, Section 111.

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Ryan Harrell*
*Complainant's signature*

RYAN HARRELL
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS
*Printed name and title*

Sworn to before me and signed telephonically.

Date: January ____, 2026

**12:20 AM, Jan 1, 2026**

*Judge's signature*

City and State: Buffalo, New York

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT

STATE OF NEW YORK  )
COUNTY OF ERIE      )  SS:
CITY OF BUFFALO     )

I, **Ryan Harrell**, Special Agent with Homeland Security Investigations (HSI) Department of Homeland Security, having been duly sworn, states as follows:

## INTRODUCTION

1. I am employed as a Special Agent ("SA") with the U.S. Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), Buffalo, New York. I have been employed by HSI since December of 2024. I am currently assigned to the HSI Border Enforcement and Security Task Force ("BEST"), an HSI sponsored law enforcement task force comprised of local, state, federal, and Canadian law enforcement officers co-located in Buffalo, New York and tasked with combatting transnational criminal organizations ("TCOs") exploiting vulnerabilities of the shared international border. As such, I am a law enforcement officer of the United States, within the meaning of Title 18, United States Code, Section 115(c)(1), who is "authorized by law or by Government agency to engage in or supervise the prevention, detection, investigation or prosecution of any violation of Federal criminal law".

2. As a Special Agent, I attended the Federal Law Enforcement Training Center ("FLETC") completing the Criminal Investigator Training Program ("CITP") and HSI Special Agent Training ("HSI SAT"). During this training, I received both academic and practical application in conducting investigations such as surveillance and counter surveillance techniques and methods, the execution of search warrants, and other investigative steps. Prior to this employment, I was a United States Customs and Border

Protection Officer. My investigative experience detailed herein, as well as the experience of other law enforcement agents who are participating in this investigation, serve as the basis for the opinions and conclusions set forth herein.

3. This affidavit is made in support of a criminal complaint charging **Manuel De Jesus JANDRES MARTINEZ,** hereinafter referred to as "**JANDRES MARTINEZ**", in violation of Title 18 United States Code 111 (Assaulting, resisting, or impeding certain officers or employees). The information in this affidavit is based on my personal knowledge and upon reports and information received from other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included every fact I have learned during this investigation.

## PROBABLE CAUSE

4. On December 31, 2025, at approximately 5:15 p.m., United States Border Patrol (USBP) began an immigration enforcement operation focusing on known aliens within the United States without legal status. At approximately 6:25 p.m., Border Patrol Agents arrived at the Homewood Suites by Hilton located at 1138 Millersport Highway Buffalo, New York 14226. Upon arriving to the hotel, Border Patrol Agents recognized a black Dodge Charger, bearing Florida license plate "AI39LY" in the hotel's parking lot, where an individual was exiting the vehicle. The vehicle is registered to **JANDRES MARTINEZ**, who is known to be residing within the United States without legal residency status.

5. Border Patrol Agents then approached the person who had exited the vehicle while it was it was in the parking lot. As law enforcement approached the person and the

black charger, an unmarked Border Patrol vehicle also parked in front of the vehicle in order to prevent the individual in the black Dodge Charger from fleeing the scene in the vehicle.

6. The Border Patrol Agents wore vests which identified themselves as law enforcement, and they identified themselves as Border Patrol Agents to **JANDRES MARTINEZ** as they approached him. After identifying themselves as Border Patrol Agents, **JANDRES MARTINEZ** then returned to vehicle he exited, started the vehicle's ignition, and rammed his vehicle into the parked unmarked USBP vehicle several times in an attempt to flee to scene. While **JANDRES MARTINEZ** continued to ram the unmarked USBP vehicle, law enforcement yelled commands to **JANDRES MARTINEZ** to "stop" multiple times while another agent attempted to make entry to the black dodge charger from the driver side window in order to have **JANDRES MARTINEZ** stop and exit the vehicle.

7. After ramming the unmarked USBP vehicle multiple times, **JANDRES MARTINEZ** was able to maneuver his vehicle out of the parking spot. **JANDRES MARTINEZ** then drove his vehicle onto a curb which caused it to become immobile. **JANDRES MARTINEZ** then abandoned his vehicle and fled on foot into the hotel where he was pursued by law enforcement. In their pursuit, law enforcement observed him enter room 111 located within the hotel and close the door to the room. **JANDRES MARTINEZ** then refused to open the door to the room.

8. Immigration electronic database record checks showed no legal status, pending claims, or prior immigrations processing encounters for **JANDRES MARTINEZ**.

9. **WHEREFORE**, based on the foregoing information, the affiant believes that probable cause exists that **JANDRES MARTINEZ** has violated Title 18 United States Code 111 (Assaulting, resisting, or impeding certain officers or employees).

*Ryan Harrell*
RYAN HARRELL
Special Agent
Homeland Security Investigations

Sworn to me telephonically this \_\_\_\_ day of January 2026.   12:21 AM, Jan 1, 2026

HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge